**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IRENE RODRIGUEZ-CARCAMO,   ) | NO. 1:09-CV-02110-AWI-DLB |
| ) | |
| Plaintiff,   ) | ORDER VACATING HEARING |
| ) | DATE OF JANUARY 25, 2010, |
| v.   ) | AND TAKING MATTER |
| ) | UNDER SUBMISSION |
| GMAC MORTGAGE, LLC, et al.,   ) | |
| ) | |
| Defendants.   ) | |
| _____) | |

    Defendant has noticed for hearing and decision a motion to dismiss. The matter was scheduled for hearing to be held on January 25, 2010. Pursuant to Local Rule 78-230(c), Plaintiff was required to file either an opposition or a notice of non-opposition no later than January 11, 2010. Plaintiff failed to do so.

    Due to Plaintiff's failure to file a timely opposition or notice of non-opposition, she is in violation of the Local Rules. See 78-230(c). Plaintiff is further not entitled to be heard at oral argument in opposition to the motion. See 78-230(c). The court has reviewed Defendants' motion and the applicable law, and has determined that the motion is suitable for decision without oral argument. See Local Rule 78-230(h).

///

///

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of January 25, 2010, is VACATED, and no party shall appear at that time. As of January 25, 2010, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:   January 20, 2010**              /s/ Anthony W. Ishii
                                    CHIEF UNITED STATES DISTRICT JUDGE