PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
Los Angeles, California 90017

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRENE RODRIGUEZ-CARCAMO,<br><br>Plaintiff,<br><br>vs.<br><br>GMAC MORTGAGE, LLC; CITIMORTGAGE., INC.; MERSCORP, INC.; and DOES 1 TO 50, inclusive,<br><br>Defendants. | Case No. 09-CV-02110-AWI-DLB<br><br>**ORDER EXTENDING TIME FOR DEFENDANT GMAC MORTGAGE, LLC TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>[L.R. 144] |

/ / /

/ / /

/ / /

Based upon the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that the date by which GMAC Mortgage, LLC may answer or otherwise respond to Plaintiff's Complaint be extended such that it is identical to the date and method (if any) by which co-Defendants CitiMortgage and Merscorp are ordered to respond following the Court's ruling on those parties' pending Motion to Dismiss.

IT IS SO ORDERED.

Dated: **February 22, 2010**      /s/ *Dennis L. Beck*
UNITED STATES MAGISTRATE JUDGE