Stuart B. Wolfe (SBN 156471)
Alice M. Dostalova (SBN 244513)
amdostalova@wolfewyman.com
Kimberly A. Paese (SBN 258594)
**WOLFE & WYMAN LLP**
2175 N. California Blvd., Suite 415
Walnut Creek, CA  94596-3579
Telephone:  (925) 280-0004
Facsimile:   (925) 280-0005

Attorneys for Defendants
CITIMORTGAGE, INC. and
MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.
(erroneously sued as "MERSCORP,
INC. a parent company to Mortgage
Electronic Registration Systems, Inc. as
Nominee for Lender")

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| IRENE RODRIGUEZ-CARCAMO<br><br>Plaintiff,<br><br>v.<br><br>GMAC MORTGAGE, LLC; CITIMORTGAGE, INC.; MERSCORP, INC. and DOES 1 TO 50, inclusive,<br><br>Defendants. | Case No.: 1:09-CV-02110-AWI-DLB<br><br>Assigned to Hon. Anthony W. Ishii<br><br>**ORDER TO EXPUNGE LIS PENDENS** |

Having read and considered the Memorandum of Points and Authorities submitted by CITIMORTGAGE, INC. and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (erroneously sued as "MERSCORP, INC. a parent company to Mortgage Electronic Registration Systems, Inc. as Nominee for Lender") and after considering all pleadings, declarations, and evidence on file, the Court hereby finds that, because the above-referenced action was dismissed on April 12, 2010, there is no longer any need for "'constructive notice that an action has been filed affecting title to or right to possession of the real property described in the notice.'" (<u>Kirkeby v. Superior Court</u>, 33 Cal.4th 642, 647 (2004)).

///

1  THEREFORE, IT IS ORDERED that the Notice of Pendency of Action ("Lis Pendens")
2  recorded by Plaintiff IRENE RODRIGUEZ-CARCAMO on November 20, 2009 is expunged.

7  IT IS SO ORDERED.

8  Dated:   August 5, 2010  
   _____
9  CHIEF UNITED STATES DISTRICT JUDGE



2
**[PROPOSED] ORDER OF EXPUNGEMENT**
K:\AWI\To_Be_Signed\09cv2110.o.expnge lis pendens.doc